FILED

JUL 2 4 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>GUILLERMO GARCIA-PENA,<br>aka Guillermo Garcia-Fonseca,<br>Defendant. | Criminal Case No. 08CR2462-LAB<br>I N F O R M A T I O N<br>Title 8, U.S.C., Secs. 1326(a) and (b) - Deported Alien Found in the United States |

The United States Attorney charges:

On or about June 7, 2007, within the Southern District of California, defendant GUILLERMO GARCIA-PENA, aka Guillermo Garcia-Fonseca, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Sections 1326(a) and (b).

FILED
JUL 24 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
Plaintiff,
v.
GUILLERMO GARCIA-PENA,
aka Guillermo Garcia-Fonseca,
Defendant.

Criminal Case No. 08CR2462-LAB

I N F O R M A T I O N

Title 8, U.S.C., Secs. 1326(a) and (b) - Deported Alien Found in the United States

The United States Attorney charges:

On or about June 7, 2007, within the Southern District of California, defendant GUILLERMO GARCIA-PENA, aka Guillermo Garcia-Fonseca, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Sections 1326(a) and (b).

It is further alleged that defendant GUILLERMO GARCIA-PENA was removed from the United States subsequent to March 15, 2005.

DATED: July 23, 2008.

KAREN P. HEWITT
United States Attorney

Michael J. Crowley
Assistant U.S. Attorney