O AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

FILED
JUL 2 4 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [signature] DEPUTY

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.
~~GUILLERMO GARCIA-PENA~~
T/N Guillermo Jose Fonseca-Garcia

WAIVER OF INDICTMENT

CASE NUMBER: 08CR2462-LAB

I, ~~GUILLERMO GARCIA-PENA~~ ~~FONSECA~~ Guillermo Jose Fonseca-Garcia, the above named defendant, who is accused of

Title 18, U.S.C., Section 1326(b) - Deported Alien Found In the United States

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on July 24, 2008 (Date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

[signature]
Defendant

[signature]
Counsel for Defendant

Before [signature]
Judicial Officer