FILED
AUG 1 1 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [signature] DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>GUILLERMO JOSE FONSECA-GARCIA,<br>Defendants. | Case No. 08cr2462 GT<br>**ORDER SHORTENING TIME** |

**THE COURT HEREBY ORDERS**, upon the unopposed motion of CJA defense attorney Kurt David Hermansen that time be shortened to allow for filing of the motions electronically filed on August 8, 2008, under Docket number 12.

**IT IS SO ORDERED.**

Dated: 8-11-08

[signature]
GORDON THOMPSON, JR.
UNITED STATES DISTRICT COURT JUDGE