Law Office of Kurt David Hermansen
Kurt David Hermansen, Cal. Bar No. 166349
110 West C Street, Suite 1810
San Diego, California 92101-3909
Telephone: (619) 236-8300
Facsimile: (619) 236-8400
Cellular: (619) 436-8117
KDH@Kurt David Hermansen.com
Attorney for Defendant
GUILLERMO JOSE FONSECA-GARCIA

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>GUILLERMO JOSE FONSECA-GARCIA,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 08cr2462 GT<br><br>**NOTICE OF CHANGE OF ADDRESS AND FAX NUMBER OF ATTORNEY KURT DAVID HERMANSEN EFFECTIVE SEPTEMBER 1, 2008** |

To the Clerk of this Court and all parties of record:

I hereby give notice that on September 1, 2008, my address will change to:

Law Office of Kurt David Hermansen

110 West C Street, **Suite 1903**

San Diego, California 92101

Also, my fax number will change to **(619) 794-2263**.

Respectfully submitted,

Executed on: *August 16, 2008*

s/*Kurt David Hermansen*

Attorney for Defendant
Email: KDH@KurtDavidHermansen.com

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>GUILLERMO JOSE FONSECA-GARCIA,<br>Defendant. | Case No. 08cr2462 GT<br><br>**CERTIFICATE OF SERVICE** |

IT IS HEREBY CERTIFIED THAT:

I, KURT DAVID HERMANSEN, am a citizen of the United States and am at least eighteen years of age. My business address is 110 West C Street, Suite 1810, San Diego, California 92101.

I have caused service of **NOTICE OF CHANGE OF ADDRESS AND FAX NUMBER OF ATTORNEY KURT DAVID HERMANSEN EFFECTIVE SEPTEMBER 1, 2008**.

The following recipients are currently on the list to receive e-mail notices for this case and have thus been served electronically at the following email addresses:

**Kurt David Hermansen**
KDH@KurtDavidHermansen.com

**U S Attorney CR**
Efile.dkt.gc2@usdoj.gov

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: *August 16, 2008*

s/*Kurt David Hermansen*

Attorney for Defendant
Email: KDH@KurtDavidHermansen.com